IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD M.A. LEE,

      Appellant,

v.

STATE OF FLORIDA,
FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4460

_____/

Opinion filed July 7, 2015.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, III, Judge.

Richard M.A. Lee, pro se, Appellant.

Sarah J. Rumph, General Counsel, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., BENTON and LEWIS, JJ., CONCUR.